Brian D. Waller (BW 7163)
SIMON & PARTNERS LLP
30 Rockefeller Plaza, 42nd Floor
New York, New York 10012
(212) 332-8900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA              :

               v.                                       :        1:07-mj-00109-UA

CHARLES GARLAND                            :

------------------------------------------------------X

## Notice of Appearance

TO THE CLERK OF THE COURT:

Please enter my appearance, Brian D. Waller of Simon & Partners LLP, as counsel in this case for defendant Charles Garland. Please note that we are appearing as co-counsel with Scott Bookstein. I certify that I was admitted to practice in the Southern District of New York on October 10, 2000.

Dated: New York, New York
       May 2, 2007

                                                     /s Brian Waller
                                          Bradley D. Simon (BW 7163)
                                          SIMON & PARTNERS LLP
                                          30 Rockefeller Plaza, 42nd Floor
                                          New York, New York 10012
                                          (212) 332-8900