👉 ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                     :     NOTICE OF INTENT TO
                                         FILE AN INFORMATION
CHARLES GARLAND,                   :

           Defendant.    :

- - - - - - - - - - - - - - - - x      **07 CRIM. 765**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        July 24, 2007

                           MICHAEL J. GARCIA
                           United States Attorney

          By: _____
              Todd Blanche
              Assistant United States Attorney

          AGREED AND CONSENTED TO:

          By: _____
              Brian Waller, Esq.
              Attorney for Charles Garland

*Judge McMahon*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/07

7/26/07  WHEEL A