07 CRIM.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     INFORMATION

        -v.-                      :     07 Cr.

CHARLES GARLAND,                  :

               Defendant.     :

- - - - - - - - - - - - - - - - -x

*Judge McMahon*

COUNT ONE

The United States Attorney charges:

From at least on or about November 2, 2006, in the Southern District of New York, CHARLES GARLAND, the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, GARLAND possessed images of child pornography on a computer in New York, New York, that he had received from computers located outside of New York.

           (Title 18, United States Code,
        Sections 2252A(a)(5)(B) and (b)(2).)

                                         *Michael J. Garcia*
                                        MICHAEL J. GARCIA
                                        United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 6 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**CHARLES GARLAND,**

Defendant.

---

<u>**INDICTMENT**</u>

07 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))


<u>MICHAEL J. GARCIA</u>
United States Attorney.

---