# SIMON & PARTNERS LLP
30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/31/07

**MEMO ENDORSED**

October 31, 2007

10/31/07
Bail Conditions Modified
As requested

**Via Facsimile**

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:  *U.S. v. Charles Garland*
     07 CR 765 (CM)

Dear Judge McMahon:

We represent defendant Charles Garland in the above matter. Mr. Garland has pleaded guilty to one count of 18 U.S.C. § 2252A (a)(5)(B) and is awaiting sentence before your Honor. He was released on a $150,000 PRB. Mr. Garland is presently on home detention with electronic monitoring and is being supervised by USPTSO Jason Lerman. Mr. Garland is permitted to leave his home, subject to the approval of Pre-trial Services for employment purposes, *inter alia*.

Mr. Garland is currently trying to complete and publish a book that he began writing several years ago about unconventional innovation. Mr. Garland hopes to rely on the proceeds from his book as a significant portion of his future income. In conjunction with the publication of his book, Mr. Garland is attempting to start a business consulting practice based on principles and practices outlined in his book. In furtherance of completing and publishing the book, Mr. Garland regularly meets with various business and publishing professionals for book research, publishing advice and to explore business consulting opportunities. To date, these meetings have been approved by Pre-trial services since they relate to anticipated income generating endeavors. However, since these meetings are arguably not employment-related, USPTSO Jason Lerman has requested that we respectfully seek a modification of Mr. Garland's bail conditions to allow him to leave his home, subject to Pre-trial Services' approval, to attend meetings pertaining to the completion, marketing and publication of his book and potential business consulting opportunities.

SIMON & PARTNERS LLP

    I have conferred with AUSA Todd Blanche who has no objection to this requested modification.

    Thank you for your attention to this matter. Please do not hesitate to contact me if you require additional information with respect to this request.

Respectfully submitted,

Brian D. Waller

cc:    AUSA Todd Blanche
       USPTSO Jason Lerman