**MEMO ENDORSED**

**SIMON & PARTNERS LLP**
30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900
FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

RECEIVED
NOV 15 2007
CHAMBERS OF
COLLEEN McMAHON

November 15, 2007

**MEMO ENDORSED**

11/15/07
Granted
[signature]

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:  U.S. v. Charles Garland
     07 CR 765 (CM)

Dear Judge McMahon:

I represent defendant Charles Garland in the above matter. Mr. Garland is charged with 18 U.S.C. § 2252A (a)(5)(B). He was released on a $150,000 PRB. Mr. Garland is presently on home detention with electronic monitoring and is being supervised by USPTSO Jason Lerman. His travel is currently restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

I am respectfully requesting that Mr. Garland be permitted to travel to his mother's home in Bourne, Massachusetts by car to spend the Thanksgiving holiday with his family. Specifically, Mr. Garland is requesting that he be permitted to leave New York on Wednesday morning, November 21, 2007 and return in the evening on November 25, 2007. During this trip, he will be staying at his mother's home. If this request is granted, Mr. Garland will provide Pretrial Services with the specific address of where he will be staying and all pertinent contact information.

Additionally, I am requesting a modification of Mr. Garland's bail conditions to allow him to travel to the District of Connecticut, as needed, in conjunction with possible employment or business opportunities or activities related to the completion and publication of his book on innovation. This request arises because Mr. Garland has been discussing possible business and consulting opportunities with Veronique Marchal, founder of www.andactiononline.com, whose business is located in Connecticut. In order to pursue these opportunities, Mr. Garland would need to occasionally meet with

SIMON & PARTNERS LLP

Ms. Marchal in Connecticut. Of course, if this request is granted, any actual travel would be subject to approval from Pre-trial Services.

    I have discussed both these requests with AUSA Todd Blanche who has no objection.

    Thank you for your attention to this matter. Please do not hesitate to contact me if you require additional information.

Respectfully submitted,

Brian D. Waller

cc:    AUSA Todd Blanche
       USPTSO Jason Lerman