# SIMON & PARTNERS LLP
### 30 ROCKEFELLER PLAZA
### FORTY-SECOND FLOOR
### NEW YORK, NEW YORK 10112
### www.simonlawyers.com

(212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

January 17, 2008

**MEMO ENDORSED**

1/17/2008
OK - s[igned]
[signature] M[c]M[ahon]

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

  Re: *U.S. v. Charles Garland*
    <u>07 CR 765 (CM)</u>

Dear Judge McMahon:

  I represent defendant Charles Garland in the above matter. Mr. Garland is charged with 18 U.S.C. § 2252A (a)(5)(B). He was released on a $150,000 PRB. Mr. Garland is presently on home detention with electronic monitoring and is being supervised by USPTSO Jason Lerman. His travel is currently restricted to the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and the Eastern District of Pennsylvania.

  I am respectfully requesting that Mr. Garland be permitted to travel to Bourne, Massachusetts to attend the funeral and memorial services for his uncle, who passed away this week. Specifically, Mr. Garland is requesting that he be permitted to leave New York on Friday evening, January 18, 2008 at 9:00 p.m. and return on the evening of January 20, 2008 by 10:00 p.m. During this trip, he will be staying at his mother's home. If this request is granted, it will, of course, be subject to approval by Pre-Trial Services and Mr. Garland will provide Pre-trial Services with the specific address of where he will be staying and all pertinent contact information.

  Due to the immediacy of this request, we have not yet been able to discuss the issue with AUSA Todd Blanche. However, AUSA Blanche has consented to all prior requests to travel out of state.

SIMON & PARTNERS LLP

      Thank you for your attention to this matter. Please do not hesitate to contact me if you require additional information.

Respectfully submitted,

Brian D. Waller

cc:    AUSA Todd Blanche
       USPTSO Jason Lerman

2