## SIMON & PARTNERS LLP
30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
PAMELA B. STUART
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

# MEMO ENDORSED

February 27, 2008

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:  U.S. v. Charles Garland
     07 CR 765 (CM)

*[Handwritten endorsement: 2/27/08 Matter Adj to April 17, 2008 at 9:30 AM]*

Dear Judge McMahon:

I represent defendant Charles Garland in the above matter. Mr. Garland's sentencing is currently scheduled for March 13, 2008, which, according to your Court rules, would make the due date for submission of the defendant's sentencing memorandum February 28, 2008. I have been diligently trying to obtain several reports from Mr. Garland's treating doctors and counselors, including Dr. Cherie Villano and William Ford, which are essential to my sentencing arguments. I also need additional time to schedule another meeting with the case agent to review certain material on Mr. Garland's computer. For these reasons, I am respectfully requesting an adjournment of Mr. Garland's sentencing for approximately 30 days to afford me ample opportunity to complete these tasks and incorporate the findings into Mr. Garland's sentencing memorandum.

I have discussed this request with AUSA Todd Blanche who has no objection.

In the event that your Honor grants this request, for scheduling purposes, I am unavailable from April 16 to April 21 as I will be out of the country on a personal matter.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```

SIMON & PARTNERS LLP

    Thank you for your attention to this request. Please do not hesitate to contact me if you require additional information.

Respectfully submitted,

Brian D. Waller

cc:    AUSA Todd Blanche

2