# SIMON & PARTNERS LLP

30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
PAMELA B. STUART
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

March 6, 2008

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

    Re:   *U.S. v. Charles Garland*
            07 CR 765 (CM)

Dear Judge McMahon:

    I represent defendant Charles Garland in the above matter. Mr. Garland is charged with 18 U.S.C. § 2252A (a)(5)(B). He was released on a $150,000 PRB. Mr. Garland is presently on home detention with electronic monitoring and is being supervised by USPTSO Jason Lerman. His travel is currently restricted to the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and the Eastern District of Pennsylvania.

    I am respectfully requesting that Mr. Garland be permitted to leave his home to attend a memorial service and dinner for Pasquale Arturo Esposito on Saturday, March 8, 2008, at Camp Friendship in Brooklyn from 4:30 p.m. to 12:00 a.m. (includes travel time to and from the event). Mr. Esposito was tragically murdered last year and he and his family were close friends with Mr. Garland and his girlfriend, Karen Cohen. If this request is granted, Mr. Garland will be attending the dinner with Ms. Cohen. I have attached a copy of the invitation and a *New York Times* article about the murder.

    USPTSO Lerman consents to Mr. Garland's attendance at the memorial service, provided the court approves the request.

**MEMO ENDORSED**

3/7/08
Permission granted
[signature]

SIMON & PARTNERS LLP

Thank you for your attention to this matter. Please do not hesitate to contact me if you require additional information.

Respectfully submitted,

Brian D. Waller

cc:   AUSA Todd Blanche
      USPTSO Jason Lerman