## SIMON & PARTNERS LLP
### 30 ROCKEFELLER PLAZA
### FORTY-SECOND FLOOR
### NEW YORK, NEW YORK 10112
### www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
PAMELA B. STUART
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

**MEMO ENDORSED**

May 6, 2008

5/6/08
OK
CM

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

Re:   *U.S. v. Charles Garland*
       07 CR 765 (CM)

Dear Judge McMahon:

  I represent defendant Charles Garland in the above matter. Mr. Garland is charged with 18 U.S.C. § 2252A (a)(5)(B). He was released on a $150,000 PRB. Mr. Garland is presently on home detention with electronic monitoring and is being supervised by USPTSO Jason Lerman. His travel is currently restricted to the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Connecticut.

  I am respectfully requesting that Mr. Garland be permitted to travel to his mother's home in Bourne, Massachusetts by car to spend Mother's Day with his family. Specifically, Mr. Garland is requesting that he be permitted to leave New York on Friday evening, May 9, 2008 at 9:00 p.m. and return on Sunday evening May 11, 2008 at 11:00 p.m. During this trip, he will be staying at his mother's home. If this request is granted, Mr. Garland will provide Pre-trial Services with the specific address of where he will be staying and all pertinent contact information.

  I have discussed these requests with AUSA Todd Blanche and Pre-Trial Services Officer Jason Lerman and they have no objections.

SIMON & PARTNERS LLP

        Thank you for your attention to this matter. Please do not hesitate to contact me if you require additional information.

Respectfully submitted,

Mark Ellis

cc:     AUSA Todd Blanche
        USPTSO Jason Lerman