# SIMON & PARTNERS LLP

30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

NEW YORK
WASHINGTON, D.C.
PARIS

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
PAMELA B. STUART
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  7/3/08

June 30, 2008

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

7/2/08
Defendant's request is
granted.

Colleen McMahon

Re:     *U.S. v. Charles Garland*
        07 CR 765 (CM)

Dear Judge McMahon:

I represent defendant Charles Garland in the above matter. Mr. Garland pled guilty to 18 U.S.C. § 2252A (a)(5)(B) and was sentenced to 18 months in prison on May 29, 2009. Mr. Garland was released on a $150,000 PRB and is presently on home detention until his self surrender date of September 15, 2008. Until the date of his surrender, he is being confined by electronic monitoring and is being supervised by USPTSO Jason Lerman. His travel is currently restricted to the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Connecticut.

I am respectfully requesting that Mr. Garland be permitted to go jogging for two hours per day, four days per week (Tuesday and Thursday from 5:45 a.m. to 7:45 a.m., Saturday from 10:00 a.m. through 12:00 p.m., and Sunday from 6:00 p.m. through 8:00 p.m.). At Mr. Garland's last doctor's visit, his doctor, Dr. Hollenberg, indicated that Mr. Garland had elevated cholesterol and blood pressure and was overweight, and prescribed cardiac activity such as jogging. If this request is granted, Mr. Garland will provide Pre-trial Services with the specific details of his routine.

Neither Pre-Trial Services Officer Jason Lerman nor Assistant U.S. Attorney Todd Blanche had any objections to this request.

SIMON & PARTNERS LLP

Thank you for your attention to this matter. Please do not hesitate to contact me if you require additional information.

Respectfully submitted,

Mark Ellis

cc:    AUSA Todd Blanche
       USPTSO Jason Lerman